UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:19-CR-00075-FL-2

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | **ORDER** |
| RASHAUN WILSON | |

Before the Court for consideration is Defendant Wilson's Motion to Seal Proposed Sealed Document, provisionally filed as Docket Number 103. For good cause shown, the Defendant's Motion to seal is GRANTED.

It is therefore ORDERED that Docket Number 103 shall be and is hereby sealed.

SO ORDERED, this the 17th day of December 2019.

_____
HON. LOUISE W. FLANAGAN
U.S. District Judge